# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−14−40806−cec |
| Ladder 3 Corp | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| 20−1247858 | |
| DEBTOR(s) | |

## NOTICE OF REOPENING CASE AND DISCOVERY OF ASSETS

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above captioned case was reopened by order of the court dated September 21, 2015

It appeared from the schedules when this case was originally filed, there were no assets from which dividends could be paid to creditors. It appears now that the payment of a dividend may be possible.

Creditors must now file claims in order to share in any distribution from the estate. Creditors who had previously filed a claim in this case **MUST** file a new claim. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT

271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800


Claims must be filed on or before December 21, 2015

A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.


Dated: September 22, 2015


For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnreop** [Reopen Case and Discovery of Assets Rev 9/14/11]